UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LILLIAN C. RIERA                                          CIVIL ACTION

VERSUS                                                    NUMBER: 17-8694

NANCY A. BERRYHILL, ACTING                                SECTION: "A"(5)
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment is denied, that Defendant's motion for summary judgment is granted, and that Plaintiff's suit is dismissed with prejudice.

October 22, 2018

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE